■ ANA DELIA ROMERO, Individually and as Administrator of the Estate of ANA M. FIGUEREO, Deceased, Respondent, v ST. ANTHONY COMMUNITY HOSPITAL et al., Defendants, and STANISLAW LANDAU, M.D., et al., Appellants. [946 NYS2d 467]—

Order, Supreme Court, Bronx County (Norma Ruiz, J.), entered March 30, 2011, which denied defendants' motion, pursuant to CPLR 510 (3), for a change of venue from Bronx County to Orange County, unanimously affirmed, without costs.

A motion pursuant to CPLR 510 (3) should be made "within a reasonable time after commencement of the action" (CPLR 511 [a]) Defendants' motion, made more than two years after the commencement of the action, was untimely (*see Mena v*

*Four Wheels Co.*, 272 AD2d 223 [2000]; *Herrera v St. Luke's/ Roosevelt Hosp. Ctr.*, 224 AD2d 323 [1996]), and, in any event, was properly denied. Concur—Mazzarelli, J.P., Catterson, Moskowitz, Richter and Manzanet-Daniels, JJ.